IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS EDWARD JONES, #140289, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12-cv-786-WHA |
| | ) | |
| CORIZON, et al., | ) | (wo) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #83), entered on July 6, 2015, and the Plaintiff's Objection (Doc. #87), filed on July 23, 2015.

The court has conducted an independent evaluation and *de novo* review of the Recommendation, the Objection, and the file in this case. The Objection relies on the same claims and arguments which were made to the Magistrate Judge and addressed at length in the Recommendation.

After a *de novo* review, the court agrees with the Recommendation's findings that the Plaintiff has failed to demonstrate a genuine dispute of material fact as to the issue of deliberate indifference and also as to the complaint that his constitutional rights are being violated by assessment of a $3 co-payment for partial payment of costs attendant to each treatment for sinusitis. Therefore, Plaintiff's Objection is OVERRULED, the court ADOPTS the thorough and well-reasoned Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. The Defendants' Motions for Summary Judgment are GRANTED.

    2.  The Plaintiff's Motions for Summary Judgment are DENIED.

    3.  Summary Judgment is GRANTED in favor of the Defendants, and this case is DISMISSED with prejudice.

    4.  No costs are taxed.

DONE this 18th day of August, 2015.

                          /s/ W. Harold Albritton
                          W. HAROLD ALBRITTON
                          SENIOR UNITED STATES DISTRICT JUDGE